UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GABRIEL GONZALEZ

VS        CASE NO. 5:16-cv-00034-LC-EMT

KENDES ARCHER ET AL

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED that Defendants' ARCHER, COPELAND, RYLES, PELT, WATSON, ALEXANDER, and ENGLISH, MOTION for Summary Judgment is GRANTED.

Judgment is hereby entered in favor of the Defendants' and against the Plaintiff, GABRIEL GONZALEZ.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

4/7/2020        /s/ Monica Broussard
DATE           Deputy Clerk: Monica Broussard